UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED
DEC 05 2024
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                          INDICTMENT NO. 5:24-CR-120-KKC

VICTORIAN VALDIMAR HARDAWAY,
   aka VIC

* * * * *

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about January 17, 2024, in Fayette County, in the Eastern District of Kentucky,

**VICTORIAN VALDIMAR HARDAWAY,
aka VIC,**

knowingly and intentionally possessed with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

### COUNT 2
### 18 U.S.C. § 922(g)(1)

On or about January 17, 2024, in Fayette County, in the Eastern District of Kentucky,

**VICTORIAN VALDIMAR HARDAWAY,
aka VIC,**

knowing he had previously been convicted of a crime punishable by imprisonment for a

term exceeding one year, did knowingly possess firearms, to wit: a loaded Taurus model PT 145 semi-automatic 45 caliber pistol (NFP72107); a Glock pistol, Model: 22, caliber: .40, bearing serial number PTA496, and a Taurus pistol, Model: G2C, caliber: 9mm, bearing serial number ACH199981; that was in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

## COUNT 3
## 18 U.S.C. § 924(c)(1)(A)

On or about January 17, 2024, in Fayette County, in the Eastern District of Kentucky,

**VICTORIAN VALDIMAR HARDAWAY,**
**aka VIC,**

did knowingly possess a firearm in furtherance of a drug trafficking crime as charged in Count 1 of this Indictment for which he may be prosecuted in a court of the United States, all in violation of 18 U.S.C. § 924(c)(1)(A).

## FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)
## 18 U.S.C. § 2461

1.  By virtue of the commission of the felony offense alleged in Count 1 of the Indictment, **VICTORIAN VALDIMAR HARDAWAY, aka VIC,** shall forfeit to the United States any and all property used, or intending to be used, to commit and to facilitate the commission of the violation of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violation of 21 U.S.C. § 841. Any and all interest that **VICTORIAN VALDIMAR HARDAWAY, aka VIC** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C.

§ 853.

2. By virtue of the commission of the offenses alleged in Counts 2 and 3 of the Indictment, **VICTORIAN VALDIMAR HARDAWAY, aka VIC** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation(s) of 18 U.S.C. §§ 922 and/or 924. Any and all interest that **VICTORIAN VALDIMAR HARDAWAY, aka VIC** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3. The property to be forfeited includes, but is not limited to, the following:

**CURRENCY:**
$5,984.00 in U.S. currency.

**FIREARMS AND AMMUNITION:**
a) Glock pistol, Model: 22, caliber: .40, bearing serial number PTA496;
b) Taurus pistol, Model: G2C, caliber: 9mm, bearing serial number ACH199981;
c) All associated ammunition and magazines.

4. If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

███████████████

FOREPERSON

*[signature]*

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

## **PENALTIES**

**COUNT 1:** Not less than 5 years imprisonment and not more than 40 years imprisonment, not more than a $5,000,000 fine, and not less than 4 years supervised release.

**If prior serious drug felony or serious violent felony conviction:**
Not less than 10 years imprisonment and not more than Life imprisonment, not more than a $8,000,000 fine, and not less than 8 years supervised release.

**COUNT 2:** Not more than 15 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**COUNT 3:** Not less than 5 years imprisonment, consecutive to any other sentence, not more than a $250,000 fine, and a term of supervised release of not more than 5 years.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.