UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. 5:24-cr-120-KKC

UNITED STATES OF AMERICA                                              PLAINTIFF

V.           **MOTION OF UNITED STATES
             FOR ISSUANCE OF ARREST WARRANT**

**VICTORIAN VALDIMAR HARDAWAY**                                       DEFENDANT
   aka VIC

\* \* \* \* \*

The United States moves for the issuance of an arrest warrant for the presence of the Defendant, **VICTORIAN VALDIMAR HARDAWAY, aka VIC**, returnable forthwith.

Respectfully submitted,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

By:  */s/ Brittany Baker*
     Brittany Baker
     Assistant United States Attorney
     260 W. Vine Street, Suite 300
     Lexington, Kentucky 40507-1612
     (859) 685-4850
     Brittany.Baker2@usdoj.gov