UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

**CRIMINAL ACTION NO. 5:20-cr-120-KKC**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V.  **ORDER FOR ISSUANCE OF ARREST WARRANT** | |
| **VICTORIAN VALDIMAR HARDAWAY**  aka VIC | DEFENDANT |

\* \* \* \* \*

The Court ORDERS that the Motion of the United States for issuance of an arrest warrant is GRANTED, and an arrest warrant is ISSUED for the Defendant, **VICTORIAN VALDIMAR HARDAWAY, aka VIC**.

On this __5th__ day of _____December_____, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

Copies:   United States Marshal
United States Probation
Brittany Baker, Assistant United States Attorney