UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

**CRIMINAL ACTION NO: 5:24-CR-00120-KKC**

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**VS.**

**VICTORIAN VALDIMAR HARDAWAY**                          **DEFENDANT**
   aka VIC

### NOTICE OF ENTRY OF APPEARANCE

**\*\*\*\*\*\*\*\*\*\***

Comes the undersigned counsel, HON. Derek G. Gordon, of Anggelis & Gordon, PLLC, located at 231 Lexington Avenue, Lexington, Kentucky 40508, and hereby gives notice to this Honorable Court of his entry of appearance on behalf of the above-named defendant, Victorian Hardaway, in the above-styled action. Undersigned respectfully requests that all correspondence be forwarded to him regarding Mr. Hardaway in this action.

WHEREFORE, HON. Derek G. Gordon gives notice to this Honorable Court his entry of appearance as attorney for the above-named defendant, Victorian Hardaway.

                                          Respectfully Submitted,

                                          BY: /s/ Derek G. Gordon
                                              Derek G. Gordon, Esq.
                                                  ANGGELIS & GORDON
                                                  231 LEXINGTON AVENUE
                                                  LEXINGTON, KY 40508

Office: (859) 255-7761  
Email: anggelisgordon@aol.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of January 2025, I electronically filed the foregoing Motion with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to AUSA HON. Brittany Baker, and to the HON. Matthew Stinnett, United States Magistrate Judge for the Eastern District of Kentucky.

PREPARED BY:

/s/ Derek G. Gordon  
Derek G. Gordon  
ANGGELIS & GORDON, PLLC  
231 Lexington Avenue  
Lexington, Kentucky 40508  
Office: (859) 255-7761  
Email: anggelisgordon@aol.com