**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

Eastern District of Kentucky
FILED
OCT 2 - 2025
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.** **SUPERSEDING INDICTMENT NO. 5:24-CR-00120-REW-MAS**

**VICTORIAN VALDIMAR HARDAWAY,**
**aka VIC,**
**aka LEX**

* * * * *

**THE GRAND JURY CHARGES:**

**COUNT 1**
**21 U.S.C. § 846**

Beginning in or about August 2023, the exact date unknown, and continuing through on or about January 17, 2024, in Fayette County, in the Eastern District of Kentucky, and elsewhere,

**VICTORIAN VALDIMAR HARDAWAY,**
**aka VIC,**
**aka LEX,**

did conspire with others to knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, and a detectable amount of oxycodone, each a Schedule II controlled substance, a violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

**COUNT 2**
**21 U.S.C. § 841(a)(1)**

On or about November 15, 2023, in Fayette County, in the Eastern District of Kentucky,

**VICTORIAN VALDIMAR HARDAWAY,**
**aka VIC,**
**aka LEX,**

knowingly and intentionally distributed a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

**COUNT 3**
**21 U.S.C. § 841(a)(1)**

On or about January 16, 2024, in Fayette County, in the Eastern District of Kentucky,

**VICTORIAN VALDIMAR HARDAWAY,**
**aka VIC,**
**aka LEX,**

knowingly and intentionally distributed a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

**COUNT 4**
**21 U.S.C. § 841(a)(1)**

On or about January 14, 2024, in Jessamine County, in the Eastern District of Kentucky, and elsewhere,

**VICTORIAN VALDIMAR HARDAWAY,**
**aka VIC,**
**aka LEX,**

knowingly and intentionally distributed 50 grams or more a mixture or substance containing a detectable amount methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

**COUNT 5**
**18 U.S.C. § 922(g)(1)**

On or about January 14, 2024, in Jessamine County, in the Eastern District of Kentucky, and elsewhere,

**VICTORIAN VALDIMAR HARDAWAY,**
**aka VIC,**
**aka LEX,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, to wit: a loaded Taurus model PT 145 semi-automatic 45 caliber pistol (NFP72107), that was in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

**COUNT 6**
**18 U.S.C. § 924(c)(1)(A)**

On or about January 14, 2024, in Jessamine County, in the Eastern District of Kentucky, and elsewhere,

**VICTORIAN VALDIMAR HARDAWAY,**
**aka VIC,**
**aka LEX,**

did knowingly carry and use a firearm during and in relation to a drug trafficking crime as charged in Counts 1 and 4 of this Indictment for which he may be prosecuted in a court of the United States, all in violation of 18 U.S.C. § 924(c)(1)(A).

**COUNT 7**
**21 U.S.C. § 841(a)(1)**

On or about January 17, 2024, in Fayette County, in the Eastern District of Kentucky,

**VICTORIAN VALDIMAR HARDAWAY,**
**aka VIC,**
**aka LEX,**

knowingly and intentionally possessed with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a mixture or substance containing a detectable amount of methamphetamine, and a detectable amount of oxycodone, each a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

**COUNT 8**
**18 U.S.C. § 922(g)(1)**

On or about January 17, 2024, in Fayette County, in the Eastern District of Kentucky,

**VICTORIAN VALDIMAR HARDAWAY,**
**aka VIC,**
**aka LEX,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, to wit: a loaded Taurus model PT 145 semi-automatic 45 caliber pistol (NFP72107); a Glock pistol, Model: 22, caliber: .40, bearing serial number PTA496, and a Taurus pistol, Model: G2C, caliber: 9mm, bearing serial number ACH199981; that was in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

**COUNT 9**
**18 U.S.C. § 924(c)(1)(A)**

On or about January 17, 2024, in Fayette County, in the Eastern District of Kentucky,

**VICTORIAN VALDIMAR HARDAWAY,**
**aka VIC,**
**aka LEX,**

did knowingly possess a firearm in furtherance of a drug trafficking crime as charged in Counts 1 and 7 of this Indictment for which he may be prosecuted in a court of the United States, all in violation of 18 U.S.C. § 924(c)(1)(A).

**FORFEITURE ALLEGATIONS**
**21 U.S.C. § 853**
**18 U.S.C. § 924(d)**
**18 U.S.C. § 2461**

1. By virtue of the commission of the felony offense alleged in Counts 1 through 5, and 8 of this Indictment, **VICTORIAN VALDIMAR HARDAWAY, aka VIC, aka LEX,** shall forfeit to the United States any and all property used, or intending to be used, to commit and to facilitate the commission of the violation of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violation of 21 U.S.C. § 841. Any and all interest that **VICTORIAN VALDIMAR HARDAWAY, aka VIC, aka LEX,** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. By virtue of the commission of the offenses alleged in Counts 6, 7, 9, and 10 of this Indictment, **VICTORIAN VALDIMAR HARDAWAY, aka VIC** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to

be used, in the violation(s) of 18 U.S.C. §§ 922 and/or 924. Any and all interest that **VICTORIAN VALDIMAR HARDAWAY, aka VIC** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3. The property to be forfeited includes, but is not limited to, the following:

**CURRENCY:**
$5,984.00 in U.S. currency.

**FIREARMS AND AMMUNITION:**
a) Glock pistol, Model: 22, caliber: .40, bearing serial number PTA496;
b) Taurus pistol, Model: G2C, caliber: 9mm, bearing serial number ACH199981;
c) All associated ammunition and magazines.

4. If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

[redacted]

**PAUL C McCAFFREY**
**ACTING UNITED STATES ATTORNEY**

# PENALTIES

| | |
|---|---|
| **COUNTS 1- 4, & 7:** | **40 grams or more of fentanyl or 50 grams or more of methamphetamine mixture:**<br>Not less than 5 years imprisonment and not more than 40 years imprisonment, not more than a $5,000,000 fine, and not less than 4 years supervised release.<br><br>**A detectable amount of fentanyl, methamphetamine or oxycodone:**<br>Not more than 20 years imprisonment, not more than a $1,000,000 fine, and not more than 3 years supervised release.<br><br>**If prior felony drug conviction:**<br>Not more than 30 years imprisonment, not more than a $2,000,000 fine, and not more than 6 years supervised release. |
| **COUNTS 5 & 8:** | Not more than 15 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release. |
| **COUNTS 6 & 9:** | Not less than 5 years imprisonment, consecutive to any other sentence, not more than a $250,000 fine, and a term of supervised release of not more than 5 years. |
| **PLUS:** | Mandatory special assessment of $100 per count. |
| **PLUS:** | Restitution, if applicable. |